NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:    (916) 962-2705

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| Gary Hannon, | **No. 2:08-cv-01611-LKK DAD** |
| Plaintiff | **EX PARTE APPLICATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | Courtroom:   4 |
| Joseph Maret, et al., | Honorable:   Lawrence Karlton |
| Defendants. | |

1 | Plaintiff hereby requests this honorable court to continue the status conference currently
2 | scheduled for October 6, 2008 to November 24, 2008 at 2:30 p.m., as Defendant has not yet entered
3 | his appearance, and there are ongoing settlement talks.

4 | DATED: September 22, 2008          LAW OFFICES OF NATHANIEL POTRATZ

6 |                                    By:   /s/ NATHANIEL POTRATZ
                                              NATHANIEL POTRATZ
7 |                                           Attorney for Plaintiff

8 | ORDER

9 | Based upon Plaintiff's ex parte application, and good reason appearing, IT IS SO ORDERED.

11 | DATED: September 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT