UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HANNON,

        Plaintiff,

    v.

JOSEPH MARET, and DOES 1-10, inclusive,

        Defendants.
_____/

NO. CIV. S-08-1611 LKK/DAD

O R D E R

    Pending before the court are defendant's motions to dismiss and, alternatively, for partial judgment, noticed to be heard on December 8, 2008. Plaintiff has not opposed either motion.

    In his motion to dismiss, defendant observes that plaintiff has not pled a basis for the court's jurisdiction in this case. The court agrees. Plaintiff has pled that he and the defendants are both residents of the state of California. Compl. ¶¶ 1, 3-4. None of his causes of action arise out of federal law or appear to even implicate federal law; they are all state common law claims. See Compl. ¶¶ 12-44. As such, plaintiff has failed to plead allegations

1

that would give rise to this court's jurisdiction over this action. See generally Caterpillar, Inc. v. Williams, 482 U.S. 386 (1987) (absent diversity of citizenship between the parties, a federal question must be apparent on the face of a well-pleaded complaint); Kline v. Burke Const. Co., 260 U.S. 226 (1922) (federal district court's jurisdiction is limited to that granted to it by Congress).

Accordingly, the court orders as follows:

1. Defendant's motion to dismiss is GRANTED.

2. Defendant's motion for partial judgment is DENIED AS MOOT.

3. This action is DISMISSED WITH PREJUDICE. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: December 2, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2